IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | CRIMINAL ACTION |
| v. | ) | |
| | ) | No. 12-20066-40-KHV |
| **CARLOS GILCHRIST,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**MEMORANDUM AND ORDER**

On March 6, 2014, the Court sentenced defendant to 180 months in prison and five years of supervised release.   On September 9, 2020, the Court granted defendant compassionate release under 18 U.S.C. § 3582(c)(1)(A).  See Memorandum And Order (Doc. #2270).  The Court reduced defendant's term of imprisonment to time served and—in addition to defendant's original term of 60 months of supervised release—imposed a special term of supervised release of 48 months (to approximate his earliest projected release date with good time credit) with a condition of home confinement.  See id. at 11.  For reasons state below, the Court sua sponte terminates the remaining term of defendant's supervised release

On January 9, 2025, the Court noted that if the U.S. Probation Office did not oppose early termination of supervised release on September 5, 2025, the Court intended to sua sponte terminate defendant's supervised release.  See Memorandum And Order (Doc. #2399) at 5–6.  On September 5, 2025, the U.S. Probation Office notified the Court that it supports early termination.

The Court may "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice."   18

U.S.C. § 3583(e)(1).  The Court has considered the applicable factors set forth in 18 U.S.C. § 3553(a) and the position of the U.S. Probation Office.  For substantially the reasons stated in defendant's unopposed motion, the Court commends Mr. Gilchrist on his successful re-integration into our community and finds that his term of supervised release should be terminated.

**IT IS THEREFORE ORDERED** that on the Court's own motion, the Court terminates the remaining term of defendant's supervised release.   Defendant is discharged.

Dated this 9th day of September, 2025 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge
